Motion GRANTED.
ICMC reset for 12/19/13
at 10:30 a.m.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
at NASHVILLE

| | | |
|---|---|---|
| MICHAEL MOSS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-0917 |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | Judge Trauger |
| INSURANCE CO., | § | Magistrate Judge Knowles |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

The Parties jointly move the Court to reschedule the initial case management conference for this case. The conference is currently scheduled for 4:00 pm on Monday, December 2, 2013. Both of Plaintiff's attorneys will be unavailable (away at a conference) at that time, and have discussed rescheduling with Defense counsel, who have said they do not oppose rescheduling and will join Plaintiff in making this motion.

Counsel have compared their schedules and share availability on the morning of December 13th; or anytime on December 18th, 19th, or 20th. If the Court has an opening to reschedule this conference for one of those times, counsel are available and can attend. If none of these dates are available, the Parties request a case management conference in early January, subject to the Court's schedule.

Dated this 26th day of November, 2013.