IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
at NASHVILLE

| MICHAEL MOSS, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-0917 |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | Judge Trauger |
| INSURANCE CO., | § | Magistrate Judge Knowles |
| | § | |
| Defendant. | § | |

**Motion GRANTED. ICMC reset for 1/27/14 at 2:15 PM.**

## JOINT MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

The Parties jointly move the Court to reschedule the initial case management conference for this case. The conference is currently scheduled for 3:45 p.m. on Friday, January 17, 2014. *See* Doc. 14 (resetting conference from January 23, 2014). Lead counsel for Defendant will be unavailable on that date, and has discussed rescheduling with Plaintiff's counsel, who do not oppose rescheduling and join Defendant in making this motion.

Counsel have compared their schedules following communication with the Court and share availability on January 27, 2014. If the Court does not have an opening to reschedule this conference on that day, the Parties request a case management conference set after January 17th, subject to the Court's schedule.

Dated this the 15th day of January, 2014.

Respectfully submitted,

BY: *s/Jeremy L. Bordelon*
R. Scott Wilson (#019661)
Jeremy L. Bordelon (#028181)

1